IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RODRICK LAMONT NICHOLSON,          )
                                   )
                Petitioner,        )
                                   )    1:18CV413
        v.                         )    1:07CR196-1
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                Respondent.        )

RECOMMENDATION AND ORDER
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a Motion [Doc. #88] and Supplement [Doc. #89] to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. These filings cannot be further processed because court records reveal that Petitioner previously attacked the same conviction and sentence in a prior § 2255 motion (Case No. 1:10CV445). That prior § 2255 motion was considered and dismissed by this Court, and Petitioner's appeal of that determination was dismissed by the Court of Appeals. Petitioner does not present a sufficient basis for relief from the prior judgment under Federal Rule of Civil Procedure 60(b), and his present filings again seek to attack the underlying conviction and sentence and are properly construed as a successive § 2255 Motion. See United States v. Winestock, 340 F3d. 200 (4th Cir. 2003) ("Similarly, new legal arguments or proffers of additional evidence will usually signify that the prisoner is not seeking relief available under Rule 60(b) but is instead continuing his collateral attack on his conviction or

sentence."). Consequently, Petitioner must move in the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Motion, as required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. Because of this pleading failure, this particular Motion should be filed and then dismissed.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the Court of Appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS THEREFORE ORDERED that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the Court of Appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 29th day of October, 2017.

    /s/ Joi Elizabeth Peake
United States Magistrate Judge

2